IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF KLAMATH

| | |
|---|---|
| JARED BURGER, an individual,<br><br>   Plaintiff,<br><br> v.<br><br>ESTES EXPRESS LINES, a foreign business corporation; John Doe I, an individual,<br><br>   Defendants. | Case No. 21CV47717<br><br>**AMENDED COMPLAINT**<br>**(Negligence)**<br><br>**PRAYER AMOUNT: $519,301.35**<br><br>**Filing Fee: $594.00**<br>**Fee Authority: ORS 21.160(1)(c)**<br><br>**JURY TRIAL DEMANDED**<br><br>**Claim Not Subject to Mandatory**<br>**Arbitration** |

For his Amended Complaint against Defendants, Plaintiff Jared Burger alleges as follows:

1.

At all material times herein, Plaintiff was and is a resident of Klamath County, Oregon. Plaintiff owns and operates Shasta Garden Farms ("Farm") in Merrill.

2.

At all material times herein, Defendant Estes Express Lines is a Virginia Corporation that conducts regular and sustained business in the State of Oregon. Upon information and belief, John Doe I is a resident of Oregon and an employee or agent of Defendant Estes. Both Estes and John Doe I will be collectively referred to as "Defendants," hereinafter.

///

AMENDED COMPLAINT-Page 1

WILES MICHALI RANA LEE LAW GROUP
3939 NE HANCOCK STREET, SUITE 117
PORTLAND, OR 97212

3.

On or about March 31, 2021, Defendants, by and through its employee or agent, John Doe I, was delivering fabric, landscape covers to the Farm in one of Defendant's trucks. The landscape covers typically come in bundles of three, are each twenty feet in length, and weigh approximately two hundred pounds.

4.

Defendants negligently unloaded the landscape covers, causing them to fall from the truck and onto Plaintiff's foot. Plaintiff was severely injured by the falling landscape covers. However, rather than helping the injured Plaintiff, Defendants got into the delivery truck and fled the scene. The negligence of its employees or agents is imputed to Defendant Estes through vicarious liability.

5.

As a result of Defendants' negligence, Plaintiff suffered a broken ankle, specifically a displaced fracture of the medial malleolus. He underwent open reduction and internal fixation surgery, which required wires and screws to be inserted into the foot. Plaintiff also had to undergo physical therapy. During this time and afterwards, Plaintiff was unable to carry out his farming operations. To date, Plaintiff has incurred $23,787.35 in medical costs.

6.

Defendants' negligence caused injuries to Plaintiff at the start of farming operations for the year. As a direct result of Defendants' negligence, Plaintiff could not manage or work on his Farm and had to employ others to take care of business at a cost of $45,514.00, most of which work he would have performed himself without additional cost, but for the negligence of Defendants. Plaintiff also suffered lost profits in an amount to be proven at trial, but no less than $200,000.00.

WILES MICHALI RANA LEE LAW GROUP
3939 NE HANCOCK STREET, SUITE 117
PORTLAND, OR 97212
(503) 226-3515 / Fx (503) 226-4050

7.

As a further result of Defendants' negligence, Plaintiff sustained pain and suffering, and continues to suffer loss of enjoyment of life, in an amount not exceeding $250,000.00. Plaintiff's injuries are permanent in nature and limits his recreational activities and activities of daily living.

## FIRST CLAIM FOR RELIEF
### (Count 1: Negligence)

8.

Plaintiff re-alleges and incorporates by reference paragraphs 1 through 7 above.

9.

Defendants had a duty to Plaintiff to exercise reasonable and proper care when delivering the landscape covers. Defendants breached their duty in one or more of the following particulars:

1. Failing to control the landscape cover rolls as it removed them from the truck;

2. Failure to assign more than one person to unload heavy items;

3. Failure to secure the area around the truck where it was unloading the landscape cover rolls so that no bystanders could be injured by same;

4. Failure to warn Plaintiff that it did not have control of the landscape covers; and

5. Failure to train its employees to unload the truck payload in a manner that does not injure bystanders such as Plaintiff.

10.

Defendants' negligent acts were the foreseeable and direct cause of Plaintiff's injuries and damages, as described above.

///

WILES MICHAEL DANA DELAW GROUP
3939 NE HANCOCK STREET, SUITE 117
PORTLAND, OR 97212
(503) 226-3515 / F: (503) 226-4050

11.

Defendants' negligence caused Plaintiff to suffer economic damages in an amount to be proven at trial, but no less than $269,301.35, and non-economic damages in an amount to be determined at trial, but no less than $250,000.00.

12.

Plaintiff reserves the right to assert a claim for punitive damages.

## PRAYER

WHEREFORE, Plaintiff prays for judgment in his favor as follows:

1. For his economic damages in a reasonable amount to be determined at trial but no less than $269,301.35;

2. For his non-economic damages in a reasonable amount to be determined at trial, but no less than $250,000.00;

3. For his costs and disbursements incurred herein; and

4. Any other remedy the Court deems just and equitable.

DATED this 16th day of December, 2021.

WILES MICHALI RANA LEE LAW GROUP

/s/ Dipendra Rana

Dipendra Rana, OSB No. 013840
Ryan M. Lee, OSB No. 041717
drana@wileslawgroup.com
rmlee@wileslawgroup.com
Of Attorneys for Plaintiff

WILES MICHALI RANA LEE LAW GROUP
3939 NE HANCOCK STREET, SUITE 117
PORTLAND, OR 97212
(503) 226-3515 / F: (503) 226-4050